Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq.  (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiffs:
JAMES RUTHERFORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MSM BURGER, CORPORATION, a California corporation; TIMOTHY A. DEVINE and DONNA S. DEVINE, as trustee of the T. and D. REVOCABLE TRUST DATED SEPTEMBER 3, 1993; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-00156-AG-ADS<br><br>Hon. Andrew J. Guilford<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  January 27, 2019<br>Trial Date:  None |

NOTICE OF SETTLEMENT
1

1 Please take notice that Plaintiff, JAMES RUTHERFORD and Defendants,
2 MSM BURGER, CORPORATION and TIMOTHY A. DEVINE and DONNA S.
3 DEVINE by and through their counsel of record, have reached a settlement and are
4 presently drafting, finalizing, and executing the formal settlement documents.  The
5 appropriate motions and/or stipulation of dismissal will be promptly filed upon
6 execution of a final settlement agreement.

## CERTIFICATE OF SERVICE

I certify that on March 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: March 12, 2019                **MANNING LAW, APC**


By:   */s/ Michael J. Manning, Esq.*
         Michael J. Manning, Esq.
         Joseph R. Manning, Jr., Esq.
         Tristan P. Jankowski Esq.
         Attorneys for Plaintiff,
         James Rutherford